James H. PORTER, Plaintiff—Appellant,

v.

John BELL, Commonwealth Attorney, Warren County; Christian J. Griffin, Esq.; Karen E. Morris, Probation Officer Dist. # 11 for Warren County, Defendants—Appellees.

No. 03–7146.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 19, 2003.

James H. Porter, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James H. Porter appeals the district court's order dismissing as frivolous his action under 42 U.S.C. § 1983 (2000), without prejudice to his right to file a habeas corpus petition. We have reviewed the record and conclude that the district court did not abuse its discretion in finding Porter's claims were legally frivolous. *See* 28 U.S.C. § 1915A (2000). Accordingly, we

affirm on the reasoning of the district court. *See Porter v. Bell,* No. CA–02–493–2 (E.D.Va. July 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*